UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Case No. 13-CR-028 (RMC) |
| Mohammad Abbas Mohammadi, | : | |
| Defendant. | : | |

**FILED JAN 2 0 2015** Clerk, U.S. District and Bankruptcy Courts

Upon consideration of the government's motion to dismiss the indictment as it pertains to **MOHAMMAD ABBAS MOHAMMADI**, it is this ___19___ day of January, 2016,

ORDERED, that the government's motion to dismiss as it pertains to **MOHAMMAD ABBAS MOHAMMADI** is **GRANTED** and that all charges against **MOHAMMAD ABBAS MOHAMMADI** are hereby dismissed without prejudice.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Date: January 19, 2016

Cc: Kenneth C. Kohl
Assistant United States Attorney
National Security Section

United States Marshal Service
Warrant Squad